AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u> DISTRICT OF <u>WEST VIRGINIA</u>

FILED
DEC 20 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

TONIA HERVEY.
Plaintiff,

V.

WEIRTON MEDICAL CENTER, INC.,
Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 5:18-CV-213

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   IT IS ORDERED AND ADJUDGED

the jury having rendered its verdict on December 20, 2019, in favor of the Defendant, Weirton Medical Center, Inc., that Plaintiff, Tonia Hervey. shall recover nothing from said defendant.; and it is further

   ORDERED that as no claims remain pending in this case, said civil action is dismissed and stricken from the active docket of this Court.

December 20, 2019
Date

CHERYL DEAN RILEY
Clerk

_J.O. Abraham_
(By) Deputy Clerk